**Christopher Pallanch,** OSB No. 075864
  Email:  christopher.pallanch@tonkon.com
**TONKON TORP LLP**
888 SW Fifth Avenue, Portland, OR  97204-2099
Telephone: 503.802.2104; Fax: 503.972.3804

**Hyongsoon Kim** (*pro hac vice admission pending*)
  Email: kimh@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Los Angeles, CA 90067
Telephone: 310-229-1000; Fax: 310-229-1000

Attorneys for Aequitas Commercial Management, Inc.,
Aequitas Income Opportunity Fund, LLC, Aequitas Income
Protection Fund, LLC, Aequitas Investment Management,
LLC, and Aequitas Commercial Finance, LLC

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(PORTLAND DIVISION)

| | |
|---|---|
| **MATTER OF THE APPLICATION OF PLAINTIFFS FOR AN ORDER COMPELLING AEQUITAS CAPITAL MANAGEMENT, INC. RELATED COMPANIES TO COMPLY WITH SUBPOENAS IN THE ACTION OF:** <br><br> AMERICAN STUDENT FINANCIAL GROUP, INC., a Delaware corporation, and TRD CONSULTING SERVICES, LLC, a Minnesota limited liability company, <br><br> Plaintiffs <br> v. <br><br> AEQUITAS CAPITAL MANAGEMENT, INC., an Oregon Corporation, and DOES 1 - 50, inclusive, <br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil No.  3:15-MC-118 <br><br> **STIPULATION TO TRANSFER MOTIONS TO COMPEL DOCUMENT PRODUCTIONS AND TO VACATE DEADLINES RELATED THERETO UNTIL RE-SET BY THE TRANSFEREE COURT** |

PAGE 1 – STIPULATION TO TRANSFER MOTIONS TO COMPEL DOCUMENT
PRODUCTIONS AND TO VACATE DEADLINES RELATED THERETO UNTIL
RE-SET BY THE TRANSFEREE COURT

## STIPULATION

For the reasons stated below, this Stipulation is entered into between Plaintiffs American Student Financial Group, Inc. and TRD Consulting, LLC ("Plaintiffs"), Defendants Aequitas Capital Management, Inc. ("Aequitas"), Aequitas Income Opportunity Fund, LLC, Aequitas Income Protection Fund, LLC, Aequitas Investment Management, LLC, Aequitas Commercial Finance, LLC ("Affiliates") with reference to the following facts:

A.     Plaintiffs commenced the instant proceeding by filing a motion to compel Affiliates to comply with subpoenas on March 5, 2015 (the Motion).

B.     On March 11, 2015 Plaintiff filed a motion to compel AKT LLP, Aequitas's non-party auditor, to comply with subpoena.

C.     On March 11, 2015 Plaintiff filed a motion to compel Deloitte LLP, Aequitas's non-party auditor, to comply with subpoena.

D.     On March 20, 2015 Aequitas and the Affiliates filed a motion to transfer this proceeding to the Southern District of California Pursuant to Federal Rule of Civil Procedure 45(F) and For an Extension of Time to Respond to Motion to Compel Pending Resolution of Motion to Transfer.  Dkt. No. 30.

E.     On March 25, 2015 the Court Ordered AKT and Deloitte to inform this Court whether they consented to the Court transferring the action to the Issuing Court Pursuant to Rule 45(f) and that neither AKT nor Deloitte need further respond to Plaintiffs' motions to compel until after the Court had resolved the question of whether to transfer the pending motions.  Dkt No. 38.

F.     The Court also ordered that neither Aequitas nor the Affiliates needed further respond to Plaintiffs' motions to compel until after this Court has resolved the pending motion to transfer.  *Id*.

G.     On March 25, 2015 Deloitte consented to the transfer of this proceeding to the Southern District of California, but reserved all other rights included any rights and objections based upon failure to serve.  Dkt. No. 39 ¶ 4.

H.     On March 26, 2015, AKT consented to the transfer of this proceeding to the Southern District of California, but reserved all other rights included any rights and objections based upon failure to serve.  *Id.* ¶ 5.

I.     Although the parties' meet and confer discussions concerning the Subpoena's scope and contents continue, Plaintiffs, Aequitas, and Affiliates now consent and thereby stipulate, subject to the Court's approval, to have this proceeding transferred to the issuing court in the Southern District of California.

J.     Plaintiffs, Aequitas, and Affiliates now also stipulate to vacate the current deadline to respond to and hearing date for the Motion until the Southern District of California has had time to set the briefing schedule and hearing date for the Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PAGE 3 – STIPULATION TO TRANSFER MOTIONS TO COMPEL DOCUMENT
          PRODUCTIONS AND TO VACATE DEADLINES RELATED THERETO UNTIL
          RE-SET BY THE TRANSFEREE COURT

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to transfer the above entitled action to the United States District Court, Southern District of California and to vacate the current deadline to respond to and hearing date for the Motion until the Southern District of California has had time to set a briefing schedule and hearing date for the Motion.

DATED:  April 2, 2015

                                    TONKON TORP LLP


                                    By:_____ /s/ Christopher Pallanch _____
                                          Christopher Pallanch, OSB No. 075864

                                    AKIN GUMP STRAUSS HAUER & FELD
                                    LLP
                                          Eric Gambrell, (*pro hac vice*)
                                          Hyongsoon Kim (*pro hac vice*)

                                          Attorney for Aequitas Capital Management,
                                          Inc., Aequitas Income Opportunity Fund,
                                          LLC, Aequitas Income Protection Fund,
                                          LLC, Aequitas Investment Management,
                                          LLC, and Aequitas Commercial Finance,
                                          LLC

Dated:  April 2, 2015               GORDON & REES LLP



                                    By _____ /s/ Christopher E. Hawk _____
                                    Christopher E. Hawk
                                    Attorneys for Plaintiffs American Student
                                    Financial Group, Inc. and TRD Consulting,
                                    LLC

033552/00075/6334715v1

PAGE 4 – STIPULATION TO TRANSFER MOTIONS TO COMPEL DOCUMENT
          PRODUCTIONS AND TO VACATE DEADLINES RELATED THERETO UNTIL
          RE-SET BY THE TRANSFEREE COURT